IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHEINUCK,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE; A. HEDGEPETH; A. SOLIS; J. WILLIAMSON; MR. OGDEN; MS. HADIAH; TARANGO; MOHICA; MEDINA,<br><br>    Defendants.<br>                                   / | No. C 10-5906 WHA (PR)<br><br>**FURTHER ORDER OF SERVICE** |

    In addition to the defendants listed in the Order of Service, the clerk shall also issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter and copies of this order and the Order of Service upon defendant **Correctional Officer Tarango** at **Salinas Valley State Prison**.

    All of the provisions of the Order of Service applicable to the other served defendants, including those pertaining to dispositive motions, service and discovery, shall apply equally to defendant Tarango.

    **IT IS SO ORDERED.**

Dated: February 16, 2011

                                             WILLIAM ALSUP<br>
                                             UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\SCHEINUCK5906.SRV2.wpd