**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHEINUCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/<br>JOSEPH SCHEINUCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>　　　　Defendants.<br>_____/<br>JOSEPH SCHEINUCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/<br>JOSEPH SCHEINUCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | No.　C 10-5906 WHA (PR)<br>No.　C 11-0017 WHA (PR)<br>No.　C 11-3418 WHA (PR)<br>No.　C 11-4073 WHA (PR)<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL** |

Plaintiff, a California prisoner who is proceeding pro se, filed these civil rights actions under 42 U.S.C. 1983 against a variety of prison officials. Plaintiff has filed a request for voluntary dismissal of these cases. Good cause appearing, his request is **GRANTED**. *See* Fed. R. Civ. P. 41(a). These actions are **DISMISSED**.

The clerk shall enter judgment, file this order, and terminate all pending motions in all of these cases.

**IT IS SO ORDERED.**

Dated: September 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\SCHEINUCK5906.VOL.DSM.wpd